**FILED**

MAR 21 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 2:13CR0089 LKK |
| Plaintiff, | ) | **UNDER SEAL** |
| v. | ) | |
| SEALED, | ) | |
| Defendant. | ) | |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above-referenced case shall be sealed until further order of the court.

DATED: 3/21/2013

_____
United States Magistrate Judge
Kendall J. Newman