1  BENJAMIN B. WAGNER
   United States Attorney
2  JEAN M. HOBLER
   Assistant U.S. Attorney
3  JEFFREY A. SPIVAK
   Special Assistant U.S. Attorney
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              Case No.  2:13-CR-00089 TLN

12 |         Plaintiff,                     **STIPULATION AND [PROPOSED] PROTECTIVE ORDER**

13 |     v.

14 |
   | ALEXANDER A. ROMANIOLIS,
15 |
   |         Defendants.
16

17

18         IT IS HEREBY STIPULATED AND AGREED among the parties and their respective

19  counsel, Jean M. Hobler, Assistant U.S. Attorney, representing plaintiff United States of America

20  and Thomas A. Johnson, Esq., representing defendant Alexander Romaniolis, that the documents

21  provided as discovery in this case to defense counsel are subject to a Protective Order.

22         The parties agree that discovery in this case contains "Protected  Information," which is

23  defined here as including victim and witness social security numbers, driver license numbers,

24  dates of birth, addresses, telephone numbers, financial information, tax records, and email

25  addresses.  This Protective Order extends to all documents provided in this case, including those

26  concerning conduct not directly charged in the indictment or superseding indictment.

27         By signing this Stipulation and Protective Order, defense counsel agree not to share any

28  documents that contain Protected Information with anyone other than defense counsel and their

1 designated defense investigators and support staff.  Defense counsel may permit the defendants to view the documents in the presence of their attorney, defense investigators and support staff, so long as defense counsel, defense investigators and support staff do not allow the defendants to copy Protected Information contained in the discovery, and defense counsel, defense investigators, and support staff do not allow the defendants to retain unredacted copies of these records.  In the event that the defendants substitute counsel, undersigned defense counsel agree to withhold documents containing Protected Information from new counsel unless and until substituted counsel agree also to be bound by this order.

 IT IS SO STIPULATED.

Dated:  April 17, 2013                              Respectfully submitted,

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

                                        By:    /s/ Jean M. Hobler
                                               JEAN M. HOBLER
                                               Assistant U.S. Attorney

                                        By:    /s/ Thomas A. Johnson
                                               Thomas A. Johnson
                                               Counsel for ALEXANDER ROMANIOLIS
                                               (Original signature in file of Plaintiff)

**ORDER**

 For good cause shown, the stipulation of counsel in criminal case no. 2:13-CR-00089 TLN concerning Protected Information is approved, and IT IS SO ORDERED.

DATED:  April 18, 2013.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE