1  BENJAMIN B. WAGNER
   United States Attorney
2  JEAN M. HOBLER
   JEFFREY A. SPIVAK
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5

6

7

8               UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | Case No.  2:13-CR-00089 TLN
12 |           Plaintiff,         | **STIPULATION AND [PROPOSED] PROTECTIVE ORDER**
13 |           v.                 |
14 |                              |
15 | ALEXANDER A. ROMANIOLIS,     |
16 |           Defendants.        |

17

18      IT IS HEREBY STIPULATED AND AGREED among the parties and their respective

19 counsel, Jean M. Hobler, Assistant U.S. Attorney, representing plaintiff United States of America

20 and John Manning, Esq., representing defendant Alexander Romaniolis, that the documents

21 provided as discovery in this case to defense counsel are subject to a Protective Order.

22      The parties agree that discovery in this case contains "Protected Information," which is

23 defined here as including victim and witness social security numbers, driver license numbers,

24 dates of birth, addresses, telephone numbers, financial information, tax records, and email

25 addresses.  This Protective Order extends to all documents provided in this case, including those

26 concerning conduct not directly charged in the indictment or superseding indictment.

27      By signing this Stipulation and Protective Order, defense counsel agree not to share any

28 documents that contain Protected Information with anyone other than defense counsel and their

1 designated defense investigators and support staff.  Defense counsel may permit the defendants to
2 view the documents in the presence of their attorney, defense investigators and support staff, so
3 long as defense counsel, defense investigators and support staff do not allow the defendants to
4 copy Protected Information contained in the discovery, and defense counsel, defense
5 investigators, and support staff do not allow the defendants to retain unredacted copies of these
6 records.  In the event that the defendants substitute counsel, undersigned defense counsel agree to
7 withhold documents containing Protected Information from new counsel unless and until
8 substituted counsel agree also to be bound by this order.

9     IT IS SO STIPULATED.

10 Dated:  May 9, 2013                     Respectfully submitted,

12                                         BENJAMIN B. WAGNER
                                        United States Attorney

13                         By:    /s/ Jean M. Hobler
14                                JEAN M. HOBLER
                               Assistant U.S. Attorney

15                         By:    /s/ John Manning
16                                JOHN MANNING
                               Counsel for ALEXANDER ROMANIOLIS
17                                (Original Signature on File with Plaintiff)

19 **ORDER**

20     For good cause shown, the stipulation of counsel in criminal case no. 2:13-CR-00089
21 TLN concerning Protected Information is approved, and SO ORDERED.

23 DATED:  May 9, 2013.
24                              EDMUND F. BRENNAN
25                              UNITED STATES MAGISTRATE JUDGE