BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
JEFFREY A. SPIVAK
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
TEL: (916) 554-2791
FAX: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                       )<br>              Plaintiff,                )<br>                                       )<br>       v.                              )<br>                                       )<br>ALEXANDER ROMANIOLIS,                  )<br>                                       )<br>                                       )<br>              Defendant.               )<br>_____) | CASE NO. 2:13-CR-00089-TLN<br><br>APPLICATION AND ORDER FOR MONEY<br>JUDGMENT |

On January 9, 2014, defendant Alexander Romaniolis entered a guilty plea to Count One of the Indictment, which charges him with mail fraud involving financial institutions and aiding and abetting thereof in violation of 18 U.S.C. §§ 2 and 1341.

As part of his plea agreement with the United States, defendant Alexander Romaniolis agreed to forfeit voluntarily and immediately up to $463,411.00, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. §§ 2 and 1341, to which he has pled guilty.  See Defendant Romaniolis' Plea Agreement ¶ II.F.  Plaintiff hereby applies for entry of a money judgment as follows:

1.      Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Alexander Romaniolis in the amount of $463,411.00.

2.    The above-referenced personal forfeiture money judgment is imposed based on defendant Alexander Romaniolis' conviction for violating 18 U.S.C. §§ 2 and 1341 (Count One).  Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3.    Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

DATED:  1/14/2014                         BENJAMIN B. WAGNER
                                          United States Attorney


                                           /s/ Jean M. Hobler
                                          JEAN M. HOBLER
                                          Assistant U.S. Attorney




**O R D E R**


    For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Alexander Romaniolis in the amount of $463,411.00.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

    IT IS SO ORDERED.

DATED: January 15, 2014

_____
Troy L. Nunley
United States District Judge